Edward J. Wynne       (SBN 165819)
ewynne@wynnelawfirm.com
J.E.B. Pickett        (SBN 154294)
Jebpickett@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone (415) 461-6400
Facsimile  (415) 461-3900

Plaintiff's Counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITRA ERAMI, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>JPMORGAN CHASE BANK, National Association,<br><br>　　　　　　Defendant. | Case No.: 2:15-cv-00727-MCE-EFB<br><br>**ORDER FOR FILING FIRST AMENDED COMPLAINT** |

In accordance with the parties' stipulation, and good cause appearing, Plaintiff is permitted to file the proposed First Amended Complaint forthwith.

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT