# PROOF OF SERVICE

*Erami v. JPMorgan Chase Bank*
Case No. 15-CV-00727-MCE-EFB

I, the undersigned, declare that I am employed in Marin County, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Drakes Landing Road, Suite 275, Greenbrae, CA 94904.

On May 19, 2015, I served on the interested parties in this action the within document(s) entitled:

### FIRST AMENDED COMPLAINT

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING (F.R.C.P. rule 5(b)(E))**: I caused said document(s) to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to the address(es) listed below.

Carrie Anne Gonell
John D. Hayashi
Alexander L. Grodan
Morgan Lewis & Bockius, LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Telephone: (949) 399-7160
Facsimile:  (949) 399-7001
cgonell@morganlewis.com
jhayashi@morganlewis.com
agrodan@morganlewis.com

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2015 at Greenbrae, California.

                                          /s/Heidi A. Hall
                                            Heidi Hall

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA  94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1

PROOF OF SERVICE